IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRADLEY MARTINKOVICH,

        Plaintiff,                Civ. No. 11-3072-CL

    v.                              **ORDER**

OREGON LEGISLATIVE BODY,
et al.,

        Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed what I construe to be objections (## 29-31), and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error in the report.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#20) is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

DATED this 6 day of October, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE